```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX005793
Cashier ID: sq
Transaction Date: 11/21/2007
Payer Name: MONTGOMERY KOLODNY AMATUZIO.
..
-----------------------------------
CIVIL FILING FEE
 For: MONTGOMERY KOLODNY AMATUZIO...
 Amount:         $350.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-CV-2447


A fee of $45.00 will be assessed on
any returned check.
```