IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 07-cv-02447-MSK-MEH  Date: April 21, 2008
Courtroom Deputy: Cathy Coomes  **FTR – Courtroom C203**

DILIP CHOPRA,   Brian D. Smith
   C. Michael Montgomery

   Plaintiff,

vs.

TOWNSEND AND TOWNSEND AND CREW, LLP,   Kent Charles Modesitt
DARIN GIBBY, and   Daniel M. Reilly
CHAD HILYARD,   Larry S. Pozner

   Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**   **9:06 a.m.**

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendants' Motion to Vacate Scheduling Conference and Stay Discovery until Resolution of Defendants' Motion to Dismiss (Doc. #22, filed 4/4/08).

**ORDERED:** 1. For reasons stated on the record, Defendants' Motion to Vacate Scheduling Conference and Stay Discovery until Resolution of Defendants' Motion to Dismiss (Doc. #22, filed 4/4/08) is GRANTED in part and DENIED in part as stated and discussed on the record.

2. The Scheduling Conference set for this date is VACATED and RESET to **May 13, 2008, at 9:15 a.m.** The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than May 8, 2008. The proposed Scheduling Order is also to be submitted in a useable format (i.e., Word or WordPerfect only) by email to Magistrate Judge Hegarty at *Hegarty_Chambers@cod.uscourts.gov*.**

**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the Standardized Order Forms section of the Court's website, found at http://www.co.uscourts.gov/forms_frame.htm.** All Scheduling Conferences held before a Magistrate Judge utilize the same scheduling order format, regardless of the District Judge assigned to the case.

**Court in recess:** 9:21 a.m. (Hearing concluded)
**Total time in court:** 0:15