IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02447-MSK-MEH

DILIP CHOPRA, an individual,

    Plaintiff,

v.

TOWNSEND, TOWNSEND AND CREW LLP, a California limited partnership,
DARIN GIBBY, an individual, and
CHAD HILYARD, an individual;

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 29, 2008.**

    Plaintiff's Unopposed Motion for Order to File Addendum to Reply in Support of Plaintiff's Motion for Protective Order and to Quash Subpoena [filed September 26, 2008; docket #75] is **granted**. The Clerk of the Court is directed to file the Addendum to Reply in Support of Plaintiff's Motion for Protective Order and to Quash Subpoena found at docket #75-2 and the supporting documentation as an attachment to the Addendum found at docket #75-3.