IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-02447-MSK-MEH | Date: October 7, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

DILIP CHOPRA,                                                Ryan Gill

     Plaintiff,

v.

TOWNSEND, TOWNSEND & CREW, LLP,         Kent Modesitt
DARIN GIBBY, and                                 Katie Roush
CHAD HILYARD,

     Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING/STATUS CONFERENCE**

**Court in session:**     9:56 a.m.

Court calls case. Appearances of counsel.

Discussion regarding Defendants' Motion to Clarify October 2, 2008, Order (Doc. #84, filed 10/6/08).

**ORDERED:**  For reasons stated on the record, Defendants' Motion to Clarify October 2, 2008, Order is GRANTED.

**Court in recess:**     10:03 a.m. **(Hearing concluded)**
**Total time in Court:** 0:07