**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush       Date: January 8, 2009
Court Reporter:  Paul Zuckerman

Civil Action No. 07-cv-02447-MSK-MEH

*Parties*:                                *Counsel*:

DILIP CHOPRA,               Brian Smith
                                     C. Michael Montgomery
                                     Ryan Gill

Plaintiff,

v.

TOWNSEND AND TOWNSEND AND     Kent Modesitt
CREW LLP, a California limited       Larry Pozner
partnership,
DARIN GIBBY,
CHAD HILYARD,

           Defendants.

---

## COURTROOM MINUTES

---

**Law and Motion Hearing**

10:19 a.m.      Court in session.

**ORDER**:     At the request of the parties, the hearing set on February 25, 26 and 27, 2009 is vacated.  The hearing is reset to 8:30 a.m. on July 14, 15 and 16, 2009.

Court states that evidence and argument on the standing issue shall be presented first on July 14, 2009.  If the Court finds that there is standing or is unable to resolve the standing issue expeditiously, the parties shall proceed with the judicial estoppel presentation.

Court reminds counsel to exchange evidence three days before the hearing, and to use a joint witness list and  joint exhibit list.

**ORDER**:     Motion to Further Define the Scope of the First Phase of the Bifurcated Proceeding (Doc. 82) is moot.

**ORDER**:     Stipulated Motion to Establish Procedure to Address Patent Application Ownership Disputes (Doc. 112) is granted.

10:35 a.m.      Court in recess.

Time: 00:16
Hearing concluded.